1
2

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

3   Lawrence M. Asuncion &
    Estralla Asuncion
4   1156 Barcelona Drive
    Pacifica, CA 94044       *E-filing*

5
    **MAIL TAX STATEMENTS TO:**
6
    Lawrence M. Asuncion &
7   Estralla Asuncion
    1156 Barcelona Drive
8   Pacifica, CA 94044

9

FILED
2010 SEP 27 P 3: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10   **IN US DISTRICT COURT OF THE UNITED STATES**
     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11
12   <u>LAWRENCE M. ASUNCION, PLAINTIFF</u>
     <u>MARIA ESTRELLA C. ASUNCION, PLAINTIFF</u>
13
                              v.
14
     JP MORGAN CHASE, CHASE BANK, NA, CHASE HOME FINANCE, LLC, SAN MATEO
15   COUNTY RECORDER, UNITED STATES OF AMERICA, AND JOHN DOES 1-10,
     DEFENDANTS
16
     Case No. CV 10     4357 DMR
17
     **NOTICE OF PENDENCY OF ACTION**
18
19   **NOTICE IS HEREBY GIVEN** that the above entitled action was commenced on September
     27, 2010, in the above-entitled court, which concerns real property or affects the title or the right
20   of possession of real property. The names of the parties to the action are as ABOVE. The real
     property in question is described as follows:
21
22   **LEGAL DESCRIPTION OF PROPERTY**

     That parcel of land situated in Pacifica, San Mateo County, California commonly known as 1156
23
     Barcelona Drive, Pacifica and more particularly described as:
24
     PORTION of Lot 5, as delineated upon that certain Map entitled, "Resubdivision of Linda Mar
25
     Estates, Resubdivides Lots 16, 17, 18, 19, 21, 22, and 23, Pacifica, San Mateo County,

     NOTICE OF PENDENCY ACTION - 1

California", filed in the Office of the Recorder of the County of San Mateo, State of California, on February 4th, 1965, in Book 61 of Maps, at Page 36, more particularly described as follows: Beginning at the Point of Intersection of the Easterly line of said Lot 5, with the Southeasterly line of Barcelona Drive;  thence from said point of beginning along said Easterly line South 14 ° 47″ 21″ West, 91.05 feet;  thence leaving said Easterly line of Lot 5, South 7° 55″09″ West, 46.49 feet;  thence South 29° 08″28″West, 117.11 feet to the Most Southerly corner of said Lot 5;  thence along the line common to said Lot 5 and Lot 6, as shown on the above mentioned Map, North 48° 34″39″ West, 10.71 feet and North 80° 06″58″ West, 30.03 feet to the Westerly line of said Lot 5;  thence along the generally Westerly line of said Lot 5, North 9° 53″ 02″ East, 66.25 feet and North 29° 45″32″ West, 66.35 feet to the Southeasterly line of Barcelona Drive;  thence along the last mentioned line, Northeasterly on the arc of a curve to the left, from tangent which bears North 60° 14 ″28″ East; said curve having a radius 170.00 feet, a central angle of 5° 14″28″, an arc distance of 15.55 feet and North 55° 00″ East, tangent to the preceding curve, 160.02 feet to the point of beginning.

APN: 023-501-390                                    JPN: 023-050-501-39

///

///

///

///

///

///

///

///

///

NOTICE OF PENDENCY ACTION - 2

1  We, Lawrence Munar Asuncion, and Maria Estrella C. Asuncion, the Plaintiff's do hereby

2  declare under penalties of perjury (28 USC § 1746) that the forgoing statements are true

3  and correct to the very best of my knowledge and belief.

4

5  DATED: 9/27/2010

6

7  LAWRENCE M. ASUNCION

8  1156 Barcelona Drive

9  Pacifica, CA 94044

10

11  MARIA ESTRELLA C. ASUNCION

12  1156 Barcelona Drive

13  Pacifica, CA 94044

14

15  On 27 September, 2010, before me, R. R. Henry Perrin, a notary public,

16  personally appeared Lawrence M. & Maria Estrella C. Asuncion personally known to me, (or

17  proved to me on the basis of satisfactory evidence) to be the persons whose name is subscribed

18  to the within instrument and acknowledged to me they executed the same in their authorized

19  capacities, and that by their signatures on the instrument the persons or the entity upon behalf of

20  which the persons acted, executed the within instrument. I certify under PENALTY OF

21  PERJURY under the laws of the State of California, that the foregoing paragraph is true and

22  correct.

23  WITNESS my hand and official seal

24  Pls. see attached Acknowledgment

25

   (Seal)

   R. R. HENRY-PERRIN
   Commission # 1711327
   Notary Public - California
   San Mateo County
   My Comm. Expires Dec 16, 2010

   NOTICE OF PENDENCY ACTION - 3

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of San Mateo

On ___27 September 2010___ before me, R.R. Henry-Perrin, Notary Public,

personally appeared _____Lawrence M. Asuncion & Maria Estrella C. Asuncion_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity(ies), and that by their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

R. R. HENRY-PERRIN
Commission # 1711327
Notary Public - California
San Mateo County
My Comm. Expires Dec 16, 2010

_____
Signature of Notary Public

(Notary Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

Notice of Pendency of Action
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages __3__ Document Date 09/27/10

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☑ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865 www.NotaryClasses.com