United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASUNCION ET AL,

    Plaintiff,

v.

JP MORGAN CHASE BANK, NA, ET AL,

    Defendants.

No. C 10-04357 JSW

**ORDER STRIKING CURRENT MOTION TO DISMISS AND NOTICE TO PLAINTIFF**

Defendants filed a motion to dismiss before Judge Claudia Wilken and set the hearing for December 9, 2010 at 2:00 p.m. This matter was transferred to the undersigned judge who holds hearings on civil matters on Fridays at 9:00 a.m. Defendants' motion to dismiss was not renoticed to an appropriate date on this Court's calendar, although counsel was given repeated admonitions to do so. On November 19, 2010, the Court received a notice from Defendants that Plaintiff, appearing *pro se*, had not responded to the motion to dismiss and that the motion should be granted. Then, in an effort to notice the motion properly on this Court's calendar, Defendants again filed their motion to dismiss and set it for hearing on January 7, 2011. This date is closed to further hearings and is, therefore, again improperly filed.

As Defendants' motion to dismiss was improperly filed twice, the Court HEREBY STRIKES the motion and the motion to appear at the hearing by telephone. However, Defendant may re-file the motion to dismiss for a date available on this Court's calendar.

In the event Defendant does re-file the motion to dismiss properly before the

undersigned, Plaintiff must oppose the motion at the latest three weeks prior to the scheduled hearing date. Failure to file an opposition may result in **dismissal** of this matter. In addition, the case management conference set for January 7, 2011 at 1:30 p.m. is HEREBY CONTINUED to February 25, 2011 at 1:30 p.m. Case management statements shall be filed by no later than February 18, 2011.

**IT IS SO ORDERED.**

Dated: November 24, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASUNCION et al,

        Plaintiff,

  v.

JP MORGAN CHASE BANK, NA et al,

        Defendant.

Case Number: CV10-04357 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Munar Asuncion
1156 Barcelona Drive
Pacifica, CA 94044

Maria Estrella C. Asuncion
1156 Barcelona Drive
Pacifica, CA 94044

Dated: November 24, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk