**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7         IN THE UNITED STATES DISTRICT COURT

8

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   LAWRENCE MUNAR ASUNCION and
     MARIA ESTRELLA C. ASUNCION,

11                                                      No. C 10-04357 JSW

             Plaintiffs,

12

     v.

13                                                      **ORDER SETTING BRIEFING
     JP MORGAN CHASE BANK, NA, ET AL.,                  SCHEDULE MOTION TO**

14                                                      **DISMISS**

             Defendants.

15

16   _____/

17         After a number of failed attempts and this Court's order striking the previously-filed

18   motions, Defendants have filed a motion to dismiss and set it properly for hearing on this

19   Court's calendar on Friday, March 11, 2011.  Accordingly, the Court HEREBY ORDERS the

20   following schedule:

21         (1)    an opposition to the motion shall be filed by Plaintiffs by no later than January

22                14, 2011 (failure to file an opposition may result in **dismissal** of this matter);

23         (2)    a reply brief shall be filed by Defendants by no later than January 28, 2011;

24         (3)     the case management conference set for February 25, 2011 at 1:30 p.m. is

25                **continued** to March 11, 2011 at 9:00 a.m., following the hearing on the motion;

26         (4)    case management statements shall be filed by no later than March 4, 2011.

27         If the Court determines that the motion is suitable for resolution without oral argument,

28   it will so advise the parties in advance of the hearing date.  If the parties wish to modify this

1  schedule, they may submit for the Court's consideration a stipulation and proposed order

2  demonstrating good cause for any modification requested.

3      **IT IS SO ORDERED.**

4  Dated: November 30, 2010

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASUNCION et al,

        Plaintiff,

  v.

JP MORGAN CHASE BANK, NA et al,

        Defendant.
                           /

Case Number: CV10-04357 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Munar Asuncion
1156 Barcelona Drive
Pacifica, CA 94044

Maria Estrella C. Asuncion
1156 Barcelona Drive
Pacifica, CA 94044

Dated: November 30, 2010

Richard W. Wieking, Clerk
  By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California

3