IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE MUNAR ASUNCION and
MARIA ESTRELLA C. ASUNCION,

    Plaintiffs,

  v.

JP MORGAN CHASE BANK, NA, ET AL,

    Defendants.

                                                 /

No. C 10-04357 JSW

**ORDER GRANTING PLAINTIFFS' REQUEST FOR BRIEF STAY**

Now before the Court is *pro se* Plaintiffs' request contained in their opposition to the pending motion to dismiss. Plaintiffs represent that they are currently in the process of retaining legal counsel and will be better prepared to proceed once represented. The Court finds good cause for a brief stay of the briefing, hearing and case management requirements of this matter.

Accordingly, the Court VACATES the hearing and case management conference date of March 11, 2011 and ORDERS a brief stay of proceedings. The parties shall appear for a case management conference on May 13, 2011 at 1:30 p.m. The parties shall submit case management statements by no later than May 6, 2011. Should the parties reach a stipulation regarding the briefing of the motion to dismiss prior to that date, they may submit such a stipulation for review by the Court. Otherwise, the Court shall set dates on May 6, 2011 for briefing of the pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: January 18, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASUNCION et al,

    Plaintiff,

v.

JP MORGAN CHASE BANK, NA et al,

    Defendant.

Case Number: CV10-04357 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Munar Asuncion
1156 Barcelona Drive
Pacifica, CA 94044

Maria Estrella C. Asuncion
1156 Barcelona Drive
Pacifica, CA 94044

Dated: January 18, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk