LAWRENCE MUNAR ASUNCION, in Pro Per
MARIA ESTRELLA C. ASUNCION, in Pro Per
1156 Barcelona Drive
Pacifica, California
(415) 215-2218



IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MUNAR ASUNCION and<br>MARIA ESTRELLA C. ASUNCION<br><br>PLAINTIFFS,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>DEFENDANTS. | ) No. C 10-04357 JSW<br>)<br>)<br>) OPPOSITION TO MOTION TO<br>) DISMISS OR IN THE ALTERNATIVE.<br>) LEAVE TO FILE FIRST AMENDED<br>) COMPLAINT<br>)<br>)<br>)<br>)<br>) |

    Plaintiffs' respectively oppose said motion, however Plaintiffs' realizing that they lack the legal knowledge or fortitude to oppose this motion are in the process of retaining legal counsel. Plaintiffs' represent to the Court that they are in the process of retaining counsel and it is their belief that the Law Offices of Jason W. Estavillo will be their legal counsel in the very near future. Therefore Plaintiffs' request the Court's indulgence to either put this matter over for 30-45 days to allow our attorney to be able to properly prepare said opposition or in the alternative contact opposing counsel to try and reach an informal resolution thereby negating the Court's need to hear this matter.

Respectfully Yours,

Dated: January 14, 2011

LAWRENCE MUNAR ASUNCION
on behalf of Plaintiffs

OPPOSITION TO MOTION TO DISMISS - 1

# PROOF OF SERVICE

I declare that I am employed in the County of Alameda, California. I am over the age of 18 years, and not a party to the within cause. My business address is 717 Washington St., Suite 210, Oakland, California 94607.

On the date set forth below I served the following documents related to below captioned matter:
1. **Opposition to Motion to Dismiss or in the Alternative Leave to File Amended Complaint**

CASE NAME: ASUNCION, et al. v. JPMorgan Chase Bank, N.A. et al., CASE NO.: CV10-4357

| | |
|---|---|
| [X] | **By Mail**: I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The envelope was placed for deposit in the United States Postal Service at Oakland, California January 14, 2011. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit. |
| [ ] | **By Facsimile**. By faxing a copy of the above-referenced document(s) to the addressee at the number set forth beneath their above-listed address. At the completion of the transmission, a Transmission Report was generated, confirming transmission and receipt by the addresse(es). |
| [ ] | **By Personal Delivery** |

Document(s) delivered as indicated above to the following:

JOHN M. SORICH
AlvardoSmith, PC
1 MacArthur Place, Suite 200
Santa Ana, California 92707
(510) 267-7273

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Proof of Service was executed on January 14, 2011, at Oakland, California.

Jason W. Estavillo

Proof of Service